UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In re Sealed Matter         CASE NO. 3:18-MJ-1923 (SALM)

September 28, 2021

MOTION FOR ORDER RE: SEALING

This matter relates to a RICO investigation conducted by the Federal Bureau of Investigation ("FBI"). Document 1 in the captioned matter is an Application for a Writ of Habeas Corpus Ad Testificandum in connection with the investigation in 2018. Document 2 is the corresponding Order regarding the 2018 application.

Document 3 is an Application for a Writ of Habeas Corpus Ad Testificandum in connection with the investigation in 2019. Document 4 is the corresponding Order regarding the 2019 application.

An indictment has been returned in this case charging several defendants with federal criminal offenses, and the matter has been made public. The United States, therefore, respectfully requests the following:

1) that the captioned matter, which was originally ordered sealed by the Court, be UNSEALED; and,

2) that the unredacted versions of Documents 1, 2, 3, and 4 on the docket **REMAIN UNDER SEAL**.

These documents should remain under seal because they contain personal identifying information, including a date of birth, associated with the witness named in the documents. To

protect this information, the government has attached minimally redacted versions of Documents 1, 2, 3, and 4 to this motion for filing on the public docket, should the Court grant this motion.

    Respectfully submitted,

    LEONARD C BOYLE
    ACTING UNITED STATES ATTORNEY


    /s/
    PATRICK F. CARUSO
    ASSISTANT UNITED STATES ATTORNEY
    United States Attorney's Office
    157 Church Street, 25th Floor
    New Haven, CT 06510
    Federal Bar No. CT17984
    patrick.caruso@usdoj.gov
    203-821-3700
    Fax: 203-773-5376