UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE GRAND JURY INVESTIGATION | : | **FILED UNDER SEAL** |
| v. | : | No. 18mj1923 AWT |
| SHAN THOMPSON | : | November 28, 2018 |



FILED

'18 NOV 28 P 1:19

US DISTRICT COURT
HARTFORD CT

APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Michael J. Gustafson, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. An investigation is being conducted by the Grand Jury scheduled to be sitting at Hartford, Connecticut.

2. That in connection with the aforesaid investigation, SHAN THOMPSON (Inmate No. 405112; DOB: 9/10/1997), should be presented at the United States Courthouse, Hartford, Connecticut, on November 29, 2018, at 10:00 a.m.

3. That the said SHAN THOMPSON is now confined at the Department of Correction, MacDougall-Walker (Walker Building) Correctional Institution, 1153 East Street, South, Suffield, Connecticut.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Testificandum to the Warden, Department of Correction, MacDougall-Walker (Walker Building) Correctional Institution, 1153 East Street, South, Suffield, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, or Special Agents or Task Force Officers of the Federal Bureau of Investigation,




at the United States Courthouse, Hartford, Connecticut, on November 29, 2018, at 10:00 a.m., or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct01503
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101