**FILED UNDER SEAL**

No. 18mj1923 AWT

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, DEPARTMENT OF CORRECTION, MACDOUGALL-WALKER (WALKER BUILDING) CORRECTIONAL INSTITUTION, 1153 EAST STREET, SOUTH, SUFFIELD, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES,

G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, or Special Agents or Task Force Officers of the Federal Bureau of Investigation, the body of said SHAN THOMPSON (███████████████ ███████, now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, or Special Agents or Task Force Officers of the Federal Bureau of Investigation, in connection with the Grand Jury sitting, and/or the non-court proceeding, may have the said SHAN THOMPSON at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on November 29, 2018, at 10:00 a.m., or from time to time thereafter as required, and immediately thereafter the United States Marshal for the District of Connecticut, or any of his proper deputies, or Special Agents or Task Force Officers of the Federal Bureau of Investigation, shall return the said SHAN THOMPSON to the Warden, Department of Correction, MacDougall-Walker (Walker Building) Correctional

Institution, 1153 East Street, South, Suffield, Connecticut, under safe and secure conduct.

/s/ - Deputy Clerk
ROBIN D. TABORA, CLERK
UNITED STATES DISTRICT COURT

The foregoing Writ is hereby allowed.
dated at Hartford, Connecticut,
this 28th day of November, 2018.

/s/ Judge Alvin W. Thompson
ALVIN W. THOMPSON
UNITED STATES DISTRICT JUDGE

True Copy
ATTEST:
ROBIN D. TABORA
Clerk U.S. District Court
By /s/
Deputy Clerk